Mann

February 28, 1939

His opinion was cancelled and O-296 written in its place

Honorable Bert Ford
Administrator
Texas Liquor Control Board
Austin, Texas

Opinion No. O-265
Re: Local Option Election in an
Incorporated City When Half
the City is Located in a Dry
Precinct and Half in a Wet
Precinct

Dear Mr. Ford:

You have requested an opinion of this department with reference to the following question:

"May a local option election for prohibiting the sale of beer containing alcohol not exceeding four percent by weight be held in an incorporated city when half of the city is located in a justice precinct in which the sale of such beer is prohibited, and the other half of said city is located in a justice precinct in which the sale of such beer is legal? If the election may be held, what type of ballot or ballots will be necessary?"

You are advised that a portion of an incorporated city which is located partially in an area in which beer is legalized, and a portion of the city is located in an area in which beer is prohibited can have a city election to determine its status.

This election would not affect the status of the part of the city that is located within the dry area. In the case of Walling Vs. King, 87 S. W. (2nd),1074, the court said:

"- - Wherever a local option election is once legally put into operation in a given territory, it must remain in force until it has been voted out by the voters of the territory where such law was originally vitalized."

Page 2                    Hon. Bert Ford                    February 28, 1939

In answer to your second question it will be necessary to use different types of ballots for those who live in that part of the city which is within the dry area, and those living in that part of the city which is within the wet area. I refer you to the  case of Moyer Vs. Kelley, 93 S. W. (2nd),803.

<span style="text-align:center">Yours very truly,

ATTORNEY GENERAL OF TEXAS</span>

By _____
                    Assistant

WPW:ep

APPROVED

_____ X
ATTORNEY GENERAL OF TEXAS

COPY